# Order

Michigan Supreme Court
Lansing, Michigan

May 24, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154445(99)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHNNY RAY KENNEDY,
        Defendant-Appellant.

_____/

SC: 154445
COA: 323741
Wayne CC: 14-001748-FC

On order of the Court, the motion of defendant-appellant to extend the time for filing his supplemental brief to July 31, 2017, is GRANTED. The time for filing the supplemental brief of plaintiff-appellee is also extended to July 31, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

     May 24, 2017     

                           Clerk